UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE JANISCH,

                Plaintiff(s),         Case No.  14-14885

v.

                                   Honorable Gerald E. Rosen

REVENUE MANAGEMENT,

                Defendant(s).

_____/

## ORDER OF DISMISSAL

    The Court was advised on June 04, 2015 that a settlement had been reached in above entitled action and dismissal papers would be submitted within 30 days.  As of July 15, 2015,  the Court has not received dismissal papers. In accordance with the parties representations,

    IT IS HEREBY ORDERED that this action is DISMISSED without costs and WITHOUT PREJUDICE.   The case may be reopened, if necessary, by motion of either party without payment of additional fees or costs to the right of plaintiff, upon good cause shown within thirty  (30) days, to move to vacate this order if settlement is not  consummated.

    IT IS FURTHER ORDERED that if the parties seek to have the Court enter an order embodying the specific terms of settlement with an order of

**14-14885 Janisch v. Revenue Management
Order of Dismissal**

dismissal with prejudice or a judgment, then the first paragraph of said stipulation and proposed order should provide for the above order of dismissal to be vacated for purposes of entry of the order or judgment contemplated.

    **IT IS SO ORDERED.**

        S/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: July 15, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2015, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135